**UNITED STATES of America,**
**Appellee,**

v.

**William Burton SELF, Appellant.**

**No. 00–2886.**

United States Court of Appeals,
Eighth Circuit.

Submitted July 17, 2001.

Decided July 24, 2001.

---

Before BOWMAN, BEAM, and BYE, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

William Burton Self pleaded guilty to conspiracy to manufacture methamphetamine, *see* 21 U.S.C. §§ 841(a)(1), 846 (1994). The District Court[1] departed downward from the applicable guidelines range of 87–108 months of imprisonment, sentencing him to forty-five months' imprisonment and five years' supervised release. On appeal, Self's counsel has filed a brief and moved to withdraw under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); Self has not filed a pro se supplemental brief.

Having thoroughly reviewed the record, we conclude that in the written plea agreement Self knowingly and voluntarily waived his right to appeal his sentence. *See United States v. Michelsen*, 141 F.3d 867, 871–73 (8th Cir.), *cert. denied*, 525 U.S. 942, 119 S.Ct. 363, 142 L.Ed.2d 299 (1998); *United States v. Greger*, 98 F.3d 1080, 1081–82 (8th Cir.1996). Accordingly, we enforce the appeal waiver, dismiss this appeal, and grant counsel's motion to withdraw. *See United States v. Berberich*, 254 F.3d 721, 724–25 (8th Cir.2001); *United States v. Estrada–Bahena*, 201 F.3d 1070, 1071 (8th Cir.2000) (per curiam).

---

1.  The Western District of Missouri.